IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARIE E. BELL**  PLAINTIFF

V.  CASE NO. 4:20-CV-1004-BD

**ANDREW SAUL, Commissioner**
**Social Security Administration**  DEFENDANT

## ORDER

Pending is Commissioner of the Social Security Administration's Unopposed Motion to Reverse and Remand. (Doc. No. 13) For good cause shown, the Commissioner's motion is GRANTED. This case is remanded under sentence four of 42 U.S.C. § 405(g), for further administrative action.

SO ORDERED, this 4th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE